UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1450-JLS (JEM) | Date | May 5, 2014 |
|---|---|---|---|
| Title | Gregory P Carothers v. C.O. P Jiron, et al. | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge | |
|---|---|---|
| S. Anthony | | |
| Deputy Clerk | Court Reporter / Recorder | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDER**

On October 18, 2013, the Court issued an Order requiring "each party to file and serve a status report on January 20, 2014." (Docket No. 50 at 2.)

On October 28, 2013, the Court's Order of October 18, 2013, was returned to the Court as undeliverable. (Docket No. 52.)

Plaintiff filed a Notice of Change of Address on November 8, November 14, and November 21, 2013, and January 14, 2014, respectively.

Defendants' filed their status report on January 16, 2014. (Docket No. 56.)

On January 28, 2014, the Court *sua sponte* extended the deadline for Plaintiff to file his status report to no later than February 11, 2014. (Docket No. 58.)

On March 27, 2014, the Court issued an order (1) directing the clerk to serve Plaintiff with the Court's Order of October 18, 2013, at Plaintiff's current address of record, (2) *sua sponte* extending the deadline for Plaintiff to file his status report as required by the Court's Order of October 18, 2013, to no later than April 10, 2014, and (3) ordering Defendants to serve Plaintiff with Defendants' Status Report filed on January 16, 2014, at Plaintiff's current address of record no later than April 10, 2014.

On April 10, 2014, Defendants filed a Declaration of Jeanette M. Palma Re: Service of Status Report, stating that Defendants' Status Report of January 16, 2014, was served on Plaintiff on March 27, 2014.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 12-1450-JLS (JEM) | Date | May 5, 2014 |
|---|---|---|---|
| Title | Gregory P Carothers v. C.O. P Jiron, et al. | | |

As of this date, Plaintiff has not filed his status report.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or failure to comply with a court order for failing to file a status report as directed by the Court's Order of October 18, 2013.  Plaintiff shall respond to this Order to Show Cause in writing on or before **May 19, 2014**.

In responding, Plaintiff must either (1) file a status report as directed by the Court's Order of October 18, 2013, or (2) explain why he has failed to do so.

Plaintiff is advised that failure to respond to this Order to Show Cause as directed will result in the Court recommending that the case be dismissed for failure to prosecute and/or failure to comply with a court order.  See Link v. Wabash R.R. Co., 370 U.S. 626, 629-30 (1962); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.


cc: Parties

|  | : |
|---|---|
| Initials of Preparer | sa |