# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY P. CAROTHERS,

    Plaintiff,

v.

C.O.P. JIRON, et al.,

    Defendants.

Case No. SACV 12-1450-JLS (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge ("R&R"). No Objections to the R&R have been filed within the time allowed for Objections.[1] The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: December 9, 2014

                        JOSEPHINE L. STATON
                        UNITED STATES DISTRICT JUDGE

---

[1] On October 22, 2014, the R&R and Notice of Filing of R&R were returned to the Court with a note stating, "no longer [at] this facility" and "unable to forward". (See Docket Nos. 71-72.) More than fifteen (15) days have passed since these documents were served and Plaintiff has failed to notify the Court of his current address, in violation of Local Rule 41-6.