# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY P. CAROTHERS,

        Plaintiff,

v.

C.O.P. JIRON, et al.,

        Defendants.

Case No. SACV 12-1450-JLS (JEM)

**JUDGMENT**

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: December 9, 2014

        JOSEPHINE L. STATON
        UNITED STATES DISTRICT JUDGE